# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

October 26, 2022

**By the Court:**

| | |
|---|---|
| CITY OF EAST ST. LOUIS,<br>  Plaintiff-Appellant, | ] Appeal from the United<br>] States District Court for<br>] the Southern District of |
| No. 22-2905          v. | ] Illinois.<br>] |
| NETFLIX, INC., et al.,<br>  Defendants-Appellees. | ] No. 3:21-cv-00561-MAB<br>]<br>] Mark A. Beatty,<br>]      Magistrate Judge. |

O R D E R

A review of the short record reveals that this appeal involves more than one appellee represented by different counsel.   Counsel for appellees are encouraged to file a joint brief and appendix or adopt parts of a co-appellee's brief.   The parties are reminded that redundant and uncoordinated briefing will be stricken. *See United States v. Torres,* 170 F.3d 749 (7th Cir. 1999); *United States v. Ashman,* 964 F.2d 596 (7th Cir. 1992).