# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

**CITY OF EAST ST. LOUIS, Individually and On behalf of all others similarly situated,**

    Plaintiff,

v.

**NETFLIX, INC., DISNEY PLATFORM DISTRIBUTION, INC., APPLE INC., HULU, LLC, WARNERMEDIA DIRECTV, LLC, AMAZON.COM SERVICES, LLC, CBS INTERACTIVE, LLC YOUTUBE LLC, CURIOSITYSTREAM, INC, PEACOCK TV, LLC, DIRECTV, LLC, and DISH NETWORK, L.L.C**

    Defendants.

Appeal No. 22-2905
Dist. Ct. S.D. Illinois
Case No. 2021-cv-00561 MAB

## CIRCUIT RULE 3 (C) AMENDED DOCKETING STATEMENT

*A. Statement of Jurisdiction for the United States District Court.*

The district court had jurisdiction over this action in accordance with 28 U.S.C. §1332(a) and (d). Defendants are citizens of the State of different states from that of the Plaintiff, the putative class size is greater than 100, and the aggregate amount in controversy for the proposed Class exceeds $5,000,000.00, exclusive of interest and costs. Appellant, the **City of East St. Louis, Illinois**, is an Illinois municipally and is a citizen of the State of Illinois. Appellees Netflix, Inc. ("**Netflix**"), Apple Inc. ("**Apple**"), Hulu, LLC ("**Hulu**"), YouTube, LLC ("**YouTube**"), and Directv LLC ("**Directv**") are citizens of the State of California. Appellees Disney Platform Distribution, Inc. ("**Disney**"), WarnerMedia Direct, LLC (**"Warner"**), CBS Interactive Inc.

("**CBS**"), and PeacockTV, LLC ("**Peacock**") are citizens of the State of New York. Appellee, CuriosityStream, Inc. ("**CuriosityStream**") is a citizen of the State of Maryland. Appellee, DISH Network, L.L.C. ("**Dish**") is a citizen of the State of Colorado.

### B. Statement of Jurisdiction for the United States Court of Appeals.

The jurisdiction of the United States Court of Appeals for the Seventh Circuit is brought under 28 U.S.C. § 1291. This appeal is taken from the final decision of the U.S. District Court for the Southern District of Illinois entered on September 23, 2022 by the Honorable Judge Mark A. Beatty granting Defendants' Motions to Dismiss for Failure to State a Claim and dismissing the Plaintiff's Amended Class Action Complaint. The appeal is from an order and final judgment that adjudicated all of the claims with respect to all parties, and no parties or issues remain in the District Court. Appellant did not file a motion for new trial or alteration of the judgment.

The notice of Appeal was filed on October 24, 2022.

Dated November 7, 2022

Respectfully submitted,

**THE CITY OF EAST ST. LOUIS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, PLAINTIFF,**

*/s/ Melissa K. Sims*
Melissa K. Sims, #6231297
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
100 Garden City Plaza
Garden City, NY 11530
(800) 530-9800
msims@milberg.com

## CERTIFICATE OF SERVICE

I hereby certify that, on November 7, 2022, I electronically filed Appellant/Plaintiff's DOCKETING CASE STATEMENT using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Dated: November 7, 2022

Respectfully submitted,

*/s/ Melissa K. Sims*
Melissa K. Sims, #6231297
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
100 Garden City Plaza
Garden City, NY 11530
(800) 530-9800
msims@milberg.com