# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| CITY OF EAST ST. LOUIS,<br><br>*Plaintiff-Appellant*,<br><br>v.<br><br>NETFLIX, INC., ET AL.,<br><br>*Defendants-Appellees*. | No. 22-2905<br><br>On Appeal from the U.S. District Court<br>for the Southern District of Illinois,<br>Case No. 21-cv-561-MAB |

## **JOINT MOTION FOR EXTENSION OF BRIEFING SCHEDULE**

Plaintiff-Appellant CITY OF EAST ST. LOUIS and Defendants-Appellees NETFLIX, INC., DISNEY PLATFORM DISTRIBUTION, INC., APPLE INC., HULU, LLC, WARNER MEDIA DIRECT, LLC, AMAZON.COM SERVICES LLC, CBS INTERACTIVE, INC., YOUTUBE LLC, CURIOSITY STREAM, INC., PEACOCK TV, LLC, DIRECTV, LLC, AND DISH NETWORK, L.L.C. (collectively, "Defendants-Appellees"), (jointly, the "Parties") by and through their undersigned counsel, respectfully request that this Court extend the briefing schedule (1) to allow the Parties in this multi-party litigation sufficient time to address the issues on appeal, (2) to give the twelve Defendants-Appellees sufficient time to coordinate filing a joint brief pursuant to the Court's Order (Dkt. 2), and (3) to accommodate several competing briefing and trial conflicts for matters in other courts.

The Parties request a 60-day extension for Plaintiff-Appellant to file the opening brief on February 3, 2023, with a corresponding extension for Defendants-Appellees to file theirs, on May 4, 2023, and Plaintiff-Appellant's reply brief to be filed 45 days thereafter on June 16, 2023. This joint motion for extension of the briefing schedule is brought after conferral amongst all Parties and for good cause pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure and 7th

Circuit Rule 26. In support of this Joint Motion, the Parties submit the attached affidavits of Melissa K. Sims on behalf of the Plaintiff-Appellant City of East St. Louis and of Daniel R. Campbell on behalf of Defendants-Appellees.

1. On October 24, 2022, the City of East St. Louis filed a Notice of Appeal, seeking to appeal the order dismissing its Amended Class Action Complaint with prejudice. Dkt. 1.

2. Plaintiff-Appellant's opening brief is currently due December 5, 2022. Defendants-Appellees' response brief is currently due January 4, 2023, which falls immediately after the holidays and lands on the second business day of 2023. Many of Plaintiff-Appellant's clients are out of the office during this time and/or have closed their businesses in observance of such holidays. Plaintiff-Appellant's reply brief is currently due January 25, 2023.

3. There is good cause for this Joint Motion due to competing deadlines and trials for counsel for the Parties scheduled in other courts, as outlined in the attached affidavits of Daniel R. Campbell (Exhibit A) and Melissa K. Sims (Exhibit B).

4. On behalf of Defendants-Appellees, counsel of record for Apple Inc. is lead trial counsel in another matter in the U.S. District Court for the Central District of California, *spinTouch v. Outform, et al.* (No. 21-cv-00840), and begins a jury trial on January 3, 2023, just one day before the current response brief deadline. Exhibit A. That trial requires out-of-state travel for Apple's counsel and will require extensive preparation in December 2022. The district court has told the parties the trial will not be continued. Additionally, counsel of record for Netflix, Hulu and Disney are lead counsel in multiple appeals throughout the U.S. including (a) *Netflix, Inc., et al., v. City of Fishers, Indiana, et al.*, No. 22-PL-01630, Indiana Court of Appeals where reply briefs are currently due December 29, 2022; (b) *City of Kenner v. Netflix, Inc., et al.*, No. 22-CA-466, Louisiana Court of Appeals, where response briefs are currently due on December

2, 2022, and (c) *Borough of Longport, New Jersey, et al., v. Netflix Inc., et al.*, No. 22-2139, U.S. Court of Appeals for the Third Circuit, where counsel have already obtained an extension and must file response briefs by December 7, 2022. Defendants-Appellees have additional conflicts that fall in the January 19, 2023 through February 19, 2023 timeframe, and request that Defendants-Appellees receive the same amount of extended days to file the response brief as Plaintiff-Appellant would receive on its opening brief under principles of fairness and equity. Finally, counsel for Amazon also currently has a trial beginning on January 9, 2023 in *Title Source v House Canary*, No. 2016-CI-06300 (Texas 73rd Judicial District, Bexar County), a motion to dismiss brief due in *M.P. v. Meta Platforms, Inc.*, No. 2:22-cv-3830 (D.S.C.), on February 7, 2023, and a reply brief due in the Supreme Court in *Twitter v. Taamneh*, No. 21-1496, on February 10, 2023.

5. As an independent ground for granting the extension to Defendants-Appellees to file the response brief, Defendants-Appellees intend to file a single joint response brief in accordance with the Court's encouragement that the twelve Defendants-Appellees coordinate to file a joint response brief creates further good cause to extend the briefing schedule. The Defendants-Appellees filed several separate briefs in moving to dismiss at the district court, and particularly given the number of parties involved, coordinating a single joint brief on appeal among counsel and clients will require substantial time and effort. The number of Defendant-Appellees and the resulting complexity of this coordination will require more time than is allotted in the standard briefing schedule.

6. On behalf of Plaintiff-Appellant, counsel for the City of East St. Louis have had numerous conflicts with the current deadlines in this appeal, as detailed in the attached affidavit of Melissa K. Sims. Exhibit B. In particular, counsel's numerous conflicts were previously

scheduled to occur during the time period of October 24, 2022, when the briefing schedule issued, and December 6, 2022, when Plaintiff-Appellant's brief is currently due. The above conflicts have prevented counsel from being able to effectively prepare their arguments on appeal. With due diligence, and giving priority to the preparation of the brief, it will not be possible for the City of East St. Louis to file the opening brief on time. The above conflicts, as outlined in the affidavit of Melissa K. Sims, in addition to the upcoming conflicts concerning observance of the holidays, provide good cause for an extension of time to file the opening brief. If the Court grants the Parties' request, counsel for the City of East St. Louis will have sufficient time to present their appellate arguments most effectively, which will benefit counsel for Defendants-Appellees in the presentation of their arguments and, ultimately, this Court.

7. This is the Parties' first motion for an extension of time. This motion is filed in good faith and not for purposes of delay or harassment.

Dated: November 23, 2022                           Respectfully submitted,

*/s/ Helgi C. Walker*                              */s/ Daniel Campbell*
HELGI C. WALKER                                    DANIEL CAMPBELL
hwalker@gibsondunn.com                             dcampbell@mwe.com
JESSICA L. WAGNER                                  JENNIFER ARONOFF
jwagner@gibsondunn.com                             jaronoff@mwe.com
GIBSON, DUNN & CRUTCHER LLP                        MCDERMOTT WILL & EMERY LLP
1050 Connecticut Avenue, N.W.                      444 West Lake Street, Suite 4000
Washington, D.C. 20036                             Chicago, IL 60606
Telephone: 202.887.3599                            Telephone: 312.372.2000
Facsimile: 202.530.9595                            Facsimile: 312.984.7700

**Attorneys for Defendant-Appellee Amazon.com Services LLC**

**Attorneys for Defendant-Appellee Apple Inc.**

*/s/ Jeffrey L. Schultz*                           */s/ Sunita Bali*
Jeffrey L. Schultz                                 SUNITA BALI
jschultz@atllp.com                                 SBali@perkinscoie.com
ARMSTRONG TEASDALE LLP                             ELLIOT JOH
7700 Forsyth Blvd., Suite 1800                     EJoh@perkinscoie.com

St. Louis, Missouri 63105
Telephone: (314) 621-5070
Facsimile: (314) 621-5065

Pantelis Michalopoulos
pmichalopoulos@steptoe.com
Matthew R. Friedman
mfriedman@steptoe.com
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902

Jared R. Butcher
jbutcher@bcr-dc.com
BERLINER CORCORAN & ROWE LLP
1101 Seventeenth Street NW, Suite 1100
Washington, DC 20036
Telephone: (202) 293-5555

***Attorneys for Defendant-Appellee DISH Network L.L.C.***

*/s/ Mitchell A. Kamin*
MITCHELL A. KAMIN
mkamin@cov.com
NEEMA T. SAHNI
nsahni@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: 424.332.4800
Facsimile: 424.332.4749

JORDAN S. JOACHIM
jjoachim@cov.com
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: 212.841.1000
Facsimile: 212.841.1010

***Attorneys for Defendant-Appellee CBS Interactive Inc.***

*/s/ Darci F. Madden*
Darci F. Madden

PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050

KATHLEEN STETSKO
KStetsko@perkinscoie.com
110 North Wacker, Suite 3400
Chicago, IL 60606-1511
Telephone: 312.324.8400
Facsimile: 312.324.9400

MARC S. MARTIN
PERKINS COIE LLP
700 13th Street, NW, Suite 800
Washington, D.C. 20005
Telephone: 202.654.6200
Facsimile: 202.654.6211

***Attorneys for Defendant-Appellee YouTube LLC***

*/s/ David P. Murray*
DAVID P. MURRAY (*pro hac vice*)
dmurray@willkie.com
MATTHEW W. JOHNSON (*pro hac vice*)
mjohnson@willkie.com
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, DC 20006
Telephone: 202.303.1112
Facsimile: 202.303.2112

MATT D. BASIL
mbasil@willkie.com
WILLKIE FARR & GALLAGHER LLP
300 North LaSalle Street, 50th Floor
Chicago, IL 60654
Telephone: 312.728.9020
Facsimile: 312.728.9199

***Attorneys for Defendant-Appellee Peacock TV, LLC***

*/s/ John P. Jett*
John P. Jett

dfmadden@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP One Metropolitan Square 211 North Broadway, Suite 3600
St. Louis, MO 63102
Telephone: (314) 259-2000

Victor Jih (*pro hac vice*)
vjih@wsgr.com
Kelly H. Yin (*pro hac vice*)
kyin@wsgr.com
WILSON SONSINI GOODRICH & ROSATI, P.C.
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071-1650
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

jjett@kilpatricktownsend.com
Ava J. Conger
aconger@kilpatricktownsend.com
K. Bradford Sears
bsears@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

*/s/ Adam H. Charnes*
Adam H. Charnes
acharnes@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
2001 Ross Avenue, Suite 4400
Dallas, TX 75201
Telephone: (214) 922-7100
Facsimile: (214) 481-0571

**Attorneys for Defendant-Appellee Hulu, LLC & Disney Platform Distribution, Inc.**
/s/ Adam Bowser
Adam Bowser
adam.bowser@afslaw.com
Morgan R. Pankow
morgan.pankow@afslaw.com
ArentFox Schiff LLP
1717 K Street, NW
Washington, DC 20006-5344
Telephone: 202.857.6000
Facsimile:202.857.6395

**Attorneys for Defendant-Appellee CuriosityStream, Inc.**

*Attorneys* for Defendant-Appellee ***DIRECTTV, LLC and WarnerMedia Direct, LLC***
*/s/ Mary Rose Alexander*
Mary Rose Alexander
mary.rose.alexander@lw.com
Robert C. Collins III
robert.collins@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700

Jean A. Pawlow
jean.pawlow@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000 Washington, DC 20004
Telephone: (202) 637-3331

Julie Fix Meyer
jfixmeyer@atllp.com
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105-1847
Telephone: (314) 621-5070

**Attorneys for Defendant-Appellee Netflix, Inc.**

**CITY OF EAST ST. LOUIS,** individually and on behalf of all others similarly situated**, PLAINTIFF,**

*/s/ CJ Baricevic*
CJ Baricevic, IL Bar No. 6305418
cj@chathamlaw.org
CHATHAM & BARICEVIC, CITY ATTORNEY
107 W. Main, Suite 1
Belleville, IL 62220
Telephone: (618) 233-2200

*/s/ John J. Driscoll*
John J. Driscoll, IL Bar No. 6276464
john@thedriscollfirm.com
THE DRISCOLL FIRM, LLC
1311 Ave. Ponce de Leon 6th Floor
San Juan, PR. 00907
Telephone: (314) 932-3232

*/s/ Roy L. Mason*
Roy L. Mason
rlm@smouseandmason.com
Zach E. Howerton
SMOUSE & MASON, LLC
223 Duke of Gloucester Street Annapolis, MD 21401
Telephone: (410) 269-6620


*s/ Marc D. Grossman*
Marc D. Grossman (*pro hac vice pending*)
mgrossman@milberg.com
Melissa K. Sims, IL Bar No. 6231297
msims@milberg.com
Greg Coleman (*pro hac vice pending*)
gcoleman@milberg.com
Daniel K. Bryson (*pro hac vice pending*)
dbryson@milberg.com
Patrick M. Wallace (*pro hac vice pending*)
pwallace@milberg.com
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (800) 530-9800

## CERTIFICATE OF SERVICE

I, Daniel R. Campbell, hereby certify that on November 23, 2022, I caused a copy of the foregoing to be served by filing the foregoing electronically through the CM/ECF system, which will automatically serve notice to the Parties' counsel of record.

<div style="text-align: right;">
By: <i>/s/ Daniel R. Campbell</i><br>
Daniel R. Campbell
</div>