# EXHIBIT A

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| CITY OF EAST ST. LOUIS,<br><br>   *Plaintiff-Appellant*,<br><br>v.<br><br>NETFLIX, INC., ET AL.,<br><br>   *Defendants-Appellees.* | No. 22-2905<br><br>On Appeal from the U.S. District Court for the Southern District of Illinois, Case No. 21-cv-561-MAB |

### AFFIDAVIT OF DANIEL R. CAMPBELL

I, Daniel R. Campbell, declare under penalty of perjury as follows:

1. I am a partner with the law firm of McDermott Will & Emery LLP in Chicago.

2. I am counsel for Defendant-Appellee Apple Inc. ("Apple") in the above-captioned appeal.

3. The motion this affidavit supports is being made more than seven days before the brief is due, as required by Circuit Rule 26.

4. The filing of a joint brief among all twelve Defendants-Appellees requires extensive coordination and time. In addition to the required coordination and time to file a joint brief, counsel for Defendants have various competing deadlines in other matters that conflict with the current deadlines in this appeal.

5. An overview of some of the conflicting deadlines among Defendants-Appellees' counsel is included below:

1

**Counsel for Netflix, Hulu and Disney:**

a. *Netflix, Inc., et al., v. City of Fishers, Indiana, et al.*, No. 22-PL-01630, Indiana Court of Appeals: Counsel's reply is due December 29, 2022. Although the court has noted that extensions are disfavored due to the interlocutory nature of the appeal, counsel may request a short extension to early January 2023.

b. *City of Kenner v. Netflix, Inc., et al.*, No. 22-CA-466, Louisiana Court of Appeals: There has been one (1) extension granted to date. Counsel must file a response Brief on December 2, 2022.

c. *Borough of Longport, New Jersey, et al., v. Netflix Inc., et al.*, No. 22-2139, U.S. Court of Appeals for the Third Circuit: There has been one (1) extension granted to date. Under the Third Circuit rules, Netflix, Hulu, and Disney's counsel are unlikely to be able to obtain further extensions and must file a response brief by December 7, 2022.

**Counsel for Amazon:**

d. *Reynaldo Gonzalez, et al. v. Google, LLC*, No. 21-1333, United States Supreme Court: Counsel has an amicus brief due on January 18, 2023 in the above-referenced Supreme Court case.

**Counsel for DISH:**

e. Counsel for DISH has two FCC filings due on December 27, 2022.

f. *Netflix, Inc., et al., v. City of Fishers, Indiana, et al.*, No. 22-PL-01630, Indiana Court of Appeals: Counsel for DISH also has a reply due on December 29, 2022 in this case. Although the court has noted that extensions are disfavored due to the

interlocutory nature of the appeal, counsel may request a short extension to early January 2023.

**Counsel for Apple:**

g. *spinTouch v. Outform, et al.*, No. 2021-cv-00840 (C.D. Cal.): Counsel for Apple is lead trial counsel for this case, in which a jury trial is set to begin on January 3, 2023. The court indicated that no further extensions would be permitted or granted.

6. This request for an extension is made in good faith and not for any improper purpose.

7. I contacted counsel for Plaintiff-Appellant City of East St. Louis and counsel joins in the motion.

8. This is the first request for an extension of time requested by either party.

Executed on November 23, 2022　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ *Daniel R. Campbell*
　　　　　　　　　　　　　　　　　　　　Daniel R. Campbell

**CERTIFICATE OF SERVICE**

I hereby certify that on the November 23, 2022, I electronically filed the above JOINT MOTION FOR EXTENSION OF TIME AND ATTACHED AFFIDAVITS with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Daniel R. Campbell*

Daniel R. Campbell