# EXHIBIT B

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| CITY OF EAST ST. LOUIS,<br><br>*Plaintiff-Appellant*,<br><br>v.<br><br>NETFLIX, INC., ET AL.,<br><br>*Defendants-Appellees*. | No. 22-2905<br><br>On Appeal from the U.S. District Court<br>for the Southern District of Illinois,<br>Case No. 21-cv-561-MAB |

## **AFFIDAVIT OF MELISSA K. SIMS**

I, MELISSA K. SIMS, declare under penalty of perjury as follows:

1. I am a partner with the law firm of Milberg Coleman Bryson Phillips Grossman, LLP in New York.

2. I am counsel for Plaintiff-Appellant East St. Louis ("East St. Louis") in the above-captioned appeal.

3. The motion this affidavit supports is being made more than seven days before the brief is due, as required by Circuit Rule 26.

4. Plaintiff-Appellant was approached by counsel for Defendants-Appellees requested the filing of a joint motion and Plaintiff-Appellant consents thereto.

5. Plaintiff-Appellant counsel have various competing deadlines in other matters that conflict with the current deadlines in this appeal, which occurred or will occur during October 24, 2022 and December 6, 2022 including below:

1

a. *East St. Louis, Illinois v. Monsanto et al*, No. 21-CV-00232, S.D.IL. Ongoing review of expert results and reports, subpoena, privilege log review, briefing, discovery analysis, motions and objections regarding discovery;

b. Deposition, *Kovusov v. Colonial Produce*

c. *Milberg firm retreat*

d. Court Conference, *Williams v. Halstead MD*

e. Deposition, *Batko v. Landau, MD*

f. Co-Chair for Harris Martin's MDL Conference: Navigating Current Mass Tort Litigation

g. Expert Deposition - Moran v. Vitek, M.D., et al. – Case No. C-18-CV-20-000273 – Circuit Court for St. Mary's County, Maryland

h. Complaint Filing – Bayamon v. Exxon Mobil Corporation, et al. – Case No. 3:22-cv-01550 – US District Court, Puerto Rico

i. Pretrial Conference – Montanez v. Bush, et al., Index No. 502324/14 – New York Supreme Court, Kings County

j. Complaint Filing – Baltimore City v. Phillip Morris USA, Inc., et al. – Case Number TBD – Circuit Court for Baltimore City, Maryland

k. Settlement Conference – Fletcher v. Town of Ocean City, MD, et al. – Case No. C-23-CV-21-000159 – Circuit Court for Worcester County, Maryland

l. Amendment Complaint Filing – Eaton v. Luminis Health Anne Arundel Medical Center, Inc., et al. – Case No. 24-C-22-000027 - Circuit Court for Baltimore City, Maryland

m. Fact Witness Depositions – Moran v. Vitek, M.D., et al. – Case No. C-18-CV-20-000273 – Circuit Court for St. Mary's County, Maryland

n. New York Medical Malpractice Division Team Meetings – Garden City, New York – Counsel taking over leadership of approximately 32 medical malpractice cases filed or pending investigation in New York, so met with team located in New York to set up roles, policies, and procedures to handle moving the cases toward resolution

o. Motions Hearing – Vazquez v. Kuczabski, M.D., et al. – Index No. 151130/2015 – New York Supreme Court, County of Richmond

p. Meet and Confer - Moran v. Vitek, M.D., et al. – Case No. C-18-CV-20-000273 – Circuit Court for St. Mary's County, Maryland

q. Defendant Deposition – Shinnamon v. Ng, M.D., et al. – Case No. 24-C-22-000533 – Circuit Court for Baltimore City, Maryland

r. Meeting with Expert – City of East St. Louis, Illinois v. Monsanto, et al. – Case No. 3:21-cv-00232-DWD – US District Court, Southern District of IllinoisCourt Conference, *Batko v. Landau, MD*

s. Briefing Dernoshek v. FirstService Residential Carolina, Inc. et al, 1:21-cv-00056 (M.D.N.C.).

t. Briefing Granite Land and Timber, LLC v Town of Clayton, Johnston County (NC) No. 20-CVS-2903

u. Briefing Meritage Homes of the Carolinas, LLC v Town of Holly Springs, Wake County (NC) No. 20-CVS-14511

6. This request for an extension is made in good faith and not for any improper purpose.

7. This is the first request for an extension of time requested by either party.

Executed on November 22, 2022                Respectfully submitted,

/s/ *MELISSA K. SIMS*
MELISSA K. SIMS