# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

November 28, 2022

*By the Court:*

| | |
|---|---|
| No. 22-2905 | CITY OF EAST ST. LOUIS,<br><br>                Plaintiff - Appellant<br><br>v.<br><br>NETFLIX, INC., et al.,<br><br>                Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 3:21-cv-00561-MAB<br>Southern District of Illinois<br>Magistrate Judge Mark A. Beatty | |

Upon consideration of the **JOINT MOTION FOR EXTENSION OF BRIEFING SCHEDULE**, filed on November 23, 2022, by counsel for the parties,

**IT IS ORDERED** that the motion is **GRANTED**. Briefing will proceed as follows:

1.  The brief and required short appendix of the appellant are due by February 3, 2023.

2.  The briefs of the appellees are due by March 6, 2023.

3.  The reply brief of the appellant, if any, is due by March 27, 2023.

Appellees may request further reasonable extensions as necessary.

Important Scheduling Notice!
Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. See Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. See Cir. R. 34(b)(4), (e)

form name: **c7_Order_BTC**   (form ID: **178**)