# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CITY OF EAST ST. LOUIS,<br><br>    *Plaintiff-Appellant*,<br><br>v.<br><br>NETFLIX, INC., ET AL.,<br><br>    *Defendant-Appellees.* | No. 22-2905<br><br>On Appeal from the U.S. District Court for the Southern District of Illinois,<br>Case No. 21-cv-561-MAB |

## NOTICE OF ADMISSION AND CHANGE OF NAME

Attorney Mrs. Julie Fix Meyer for Appellee Netflix, Inc., was admitted to practice in this Court on September 5, 1986, as Julie Ann Fix. Attorney Julie Fix Meyer has since changed her name due to marriage, and therefore respectfully requests this Court update the admission to practice accordingly.

Dated: December 19, 2022

                              Respectfully submitted,

                              */s/ Julie Fix Meyer*

                              Julie Fix Meyer #06189064
                              ARMSTRONG TEASDALE LLP
                              7700 Forsyth Blvd., Suite 1800
                              St. Louis, Missouri 63105-1847
                              Tel.: (314) 621-5070
                              (314)621-5065 (facsimile)
                              jfixmeyer@atllp.com

                              *Counsel for Defendant-Appellee Netflix, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that, on December 19, 2022, a copy of the foregoing was filed electronically and sent to all counsel of record by operation of the Court's CM/ECF System.

*/s/ Julie Fix Meyer*
Julie Fix Meyer
*Counsel for Defendant-Appellee Netflix, Inc.*
