# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## BRIEF DEFICIENCY LETTER

February 3, 2023

| | |
|---|---|
| No. 22-2905 | CITY OF EAST ST. LOUIS,<br>　　　　Plaintiff - Appellant<br><br>v.<br><br>NETFLIX, INC., et al.,<br>　　　　Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 3:21-cv-00561-MAB<br>Southern District of Illinois<br>Magistrate Judge Mark A. Beatty ||

**To:**

　　Ms. Melissa K. Sims
　　MILBERG, COLEMAN, BRYSON, PHILLIPS, GROSSMAN, PLLC
　　100 Garden City Plaza
　　Garden City, NY 11530

Documents that are determined by the Clerk's Office to be procedurally deficient **must be corrected and returned for filing within seven (7) days** from the date of this notice. **Previously set deadlines will not be automatically extended by this deficiency notice.** Copies of the revised document must be served upon all other parties. **The substance of the document must not be changed;** only the procedural deficiency is to be corrected. If the initial filing was untimely or if the revised document is not resubmitted to the Clerk's Office for filing within the seven (7) days, a motion for leave to file instanter must accompany it, and must also be served upon all other parties.

Today this office "Received" your brief, which has been deemed deficient for filing due to the following procedural concern(s):

The table of authorities must be one list alphabetically arranged (state and federal cases should be one list)

The resubmission will be deemed timely if the electronic filing is accomplished within seven (7) days of this notice (by 11:59 pm on the seventh day of this notice).

Sincerely,
Clerk of the Court


By: Deputy Clerk:

_____
Lindsay Jaquays

NOTE:   Counsel should notify the Clerk's Office within two (2) days of the deficiency letter if they would like the deficient briefs returned at counsel's expense. If not, the deficient briefs will be discarded.


form name: **c7_Brief_Deficiency_Letter**   (form ID: **187**)