## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## INSTANTER ORDER

February 14, 2023

*By the Court*:

| No. 22-2905 | CITY OF EAST ST. LOUIS, <br>     Plaintiff - Appellant <br><br> v. <br><br> NETFLIX, INC., et al., <br>     Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:21-cv-00561-MAB <br> Southern District of Illinois <br> Magistrate Judge Mark A. Beatty ||

The following are before the court:

1. **MOTION FOR EXTENSION OF BRIEFING SCHEDULE**, filed on February 10, 2023, by counsel for the appellees.

2. **MOTION TO FILE APPELLANT BRIEF INSTANTER,** filed on February 13, 2023, by counsel for the appellant.

**IT IS ORDERED** that the appellant's motion is **GRANTED**, and the clerk's office shall file **INSTANTER** the tendered brief.

**IT IS FURTHER ORDERED** that the appellee's motion for extension is **GRANTED**. Briefing shall proceed as follows:

1. The briefs of the appellees are due by May 4, 2023.
2. The reply brief of the appellant, if any, is due by May 25, 2023.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. *See* Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_InstanterOrderFiled**    (form ID: **123**)