No. 22-2905

THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

**City of East St. Louis, Illinois,**

**Plaintiff-Appellant**

v.

**Netflix, Inc., Disney Platform Distribution, Inc., Apple Inc., Hulu LLC, WarnerMedia Direct, LLC, Amazon.com Services, LLC, CBS Interactive Inc., Youtube LLC, CuriosityStream, Inc., Peacock TV, LLC, DirecTV, LLC, and DISH Network, LLC**

**Defendants-Appellees.**

## AMENDED JURISDICTIONAL STATEMENT

Plaintiff-Appellant, the City of East St. Louis, Illinois, does hereby file this Amended Jurisdictional Statement following the February 24, 2023 Order entered by the Seventh Circuit Court of Appeals. Specifically, the reviewing Court ordered Plaintiff-Appellant to provide omitted information relative to all members of the LLC Defendants-Appellees. Plaintiff-Appellant has been in communication with the Defendants-Appellees' counsel who have provided such information for which the Plaintiff-Appellant now files this Amended Jurisdictional Statement to cure defects regarding general diversity jurisdiction.

    A.    **Statement of Jurisdiction for the United States District Court.**

The district court had jurisdiction over this action in accordance with 28 U.S.C.§1332(a) and (d). Defendants are citizens of the State of different states from that of the Plaintiff, the

putative class size is greater than 100, and the aggregate amount in controversy for the proposed Class exceeds $5,000,000.00, exclusive of interest and costs. Appellant, the City of East St. Louis, Illinois, is an Illinois municipally and is a citizen of the State of Illinois.

**1. The Corporate Defendants-Appellees are not citizens of the State of Illinois.**

Netflix, Inc. was and is a corporation formed under the laws of the State of Delaware with its principal place of business located in California. Appellee Disney Platform Distribution, Inc. is a corporation formed under the laws of the State of Delaware with its principal place of business located in California. Disney Platform Distribution, Inc. is a citizen of Delaware and California for purposes of determining diversity jurisdiction. See 28 U.S.C. § 1332(c)(1) ("a corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business"). Disney Platform Distribution, Inc. is not a citizen of Illinois for purposes of diversity jurisdiction. Apple, Inc. was and is a corporation formed under the laws of the State of Delaware with its principal place of business located in California. CBS Interactive Inc. was and is a corporation formed under the laws of the State of Delaware with its principal place of business located in California. CuriosityStream, Inc. was and is a corporation formed under the laws of the State of Delaware with its principal place of business located in Maryland.

**2. None of the LLC Defendants-Appellees is a citizen of the State of Illinois.**

**Hulu, LLC:** Appellee Hulu, LLC is a limited liability company formed under the laws of the State of Delaware with its principal place of business in California. It has three members. Based on the information provided below, Hulu, LLC is a citizen of Delaware, California, and

Pennsylvania for purposes of determining diversity jurisdiction. *Muscarello v. Ogle Cty. Bd. of Comm'rs*, 610 F.3d 416, 424 (7th Cir. 2010) ("[Defendant] is a limited liability corporation, and thus we must look to the citizenship of each of its members to determine its citizenship for diversity purposes."); 28 U.S.C. § 1332(c)(1). Hulu, LLC is not a citizen of Illinois for purposes of diversity jurisdiction.

    a. Hulu, LLC's first member is TFCF-Hulu Holdings, Inc., a corporation organized under the laws of Delaware with its principal place of business in California. TFCF-Hulu Holdings, Inc. is thus a citizen of Delaware and California for purposes of determining diversity jurisdiction.

    b. Hulu, LLC's second member is ABC Enterprises Acquisition, LLC, a limited liability company whose sole member is ABC Enterprises, Inc., a corporation organized under the laws of California with its principal place of business in California. ABC Enterprises Acquisition, LLC is thus a citizen of California for purposes of determining diversity jurisdiction.

    c. Hulu, LLC's third member is Comcast Hulu Holdings, LLC, a limited liability company whose sole member is NBCU New Site Holdings, LLC. NBCU New Site Holdings, LLC is a limited liability company whose sole member is NBCUniversal Digital Enterprises, LLC. NBCUniversal Digital Enterprises, LLC is a limited liability company whose sole member is NBCUniversal Media, LLC. NBCUniversal Media, LLC is a limited liability company whose sole member is NBCUniversal, LLC. NBCUniversal, LLC is a limited liability company with seven members. Three of the seven members—NBCUniversal Enterprise, Inc.,

Comcast DW Holding, Inc., and SNL Entertainment Holdings, Inc.—are all corporations, each organized under the laws of Delaware with their principal places of business in Pennsylvania, and are thus citizens of Delaware and Pennsylvania for purposes of determining diversity jurisdiction. Based on the following information, the other four of the seven members—Comcast Navy Acquisition, LLC, Comcast Navy Contribution, LLC, Comcast CCW Holdings, LLC, and Comcast Snap Holdings II, LLC—are each limited liability companies that are citizens of Delaware and/or Pennsylvania for purposes of determining diversity jurisdiction.

    i. Comcast Navy Acquisition, LLC's sole member is Comcast Corporation, a corporation organized under the laws of Pennsylvania with its principal place of business in Pennsylvania.

    ii. Comcast Navy Contribution, LLC has six members. The first member, Comcast SportsNet New England Holdings, LLC, is made up of two members: (1) Comcast SportsNet NE Holdings, Inc., a corporation organized under the laws of Delaware with its principal place of business in Pennsylvania, and (2) CSNNE Partner, LLC, whose sole member is Comcast Holdings Corporation, a corporation organized under the laws of Pennsylvania with its principal place of business in Pennsylvania. The second member, Comcast SportsNet Philadelphia Holdings, LLC, is made up of two members: (1) Comcast Holdings Corporation, a corporation organized under the laws of Pennsylvania with its principal place of business in Pennsylvania, and (2) Comcast Spectacor Holding Company,

LLC, whose sole member is Comcast Holdings Corporation, a corporation organized under the laws of Pennsylvania with its principal place of business in Pennsylvania. The third member, Versus Holdings, LLC, is made up of two members: (1) Comcast Holdings Corporation, a corporation organized under the laws of Pennsylvania with its principal place of business in Pennsylvania, and (2) E! Holdings, Inc., a corporation organized under the laws of Delaware with its principal place of business in Pennsylvania. The fourth member, Comcast CHC, LLC, is made up of one member: Comcast Holdings Corporation, a corporation organized under the laws of Pennsylvania with its principal place of business in Pennsylvania. The fifth member, Comcast Contribution Holdings, LLC, is made up of one member: Comcast Corporation, a corporation organized under the laws of Pennsylvania with its principal place of business in Pennsylvania. The sixth member, E! Holdings, Inc., is a corporation organized under the laws of Delaware with its principal place of business in Pennsylvania.

iii. Comcast CCW Holdings, LLC has two members. The first member, Comcast Navy Acquisition, LLC, is made up of one member: Comcast Corporation, a corporation organized under the laws of Pennsylvania with its principal place of business in Pennsylvania. The second member, Comcast Snap Holdings, Inc., is a corporation organized under the laws of Delaware with its principal place of business in Pennsylvania.

> iv. Comcast Snap Holdings II, LLC has two members. The first member, Comcast Navy Acquisition, LLC, is made up of one member: Comcast Corporation, a corporation organized under the laws of Pennsylvania with its principal place of business in Pennsylvania. The second member, Comcast Snap Holdings, Inc., is a corporation organized under the laws of Delaware with its principal place of business in Pennsylvania.

Based on the information provided above, Comcast Hulu Holdings, LLC is a citizen of Delaware and Pennsylvania for purposes of determining diversity jurisdiction.

**Amazon.com Services, LLC:** Amazon.com Services, LLC is a wholly owned subsidiary of Amazon.comSales, Inc., which is a wholly owned subsidiary of Amazon.com, Inc. Amazon.comSales, Inc. and Amazon.com, Inc. are corporations formed under the laws of the State of Delaware with their principal places of business located in Washington.

**YouTube, LLC:** YouTube LLC is a subsidiary of Google LLC. Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc. Alphabet Inc. was and is a corporation formed under the laws of the State of Delaware with its principal place of business located in California. YouTube, LLC has one member, Google LLC. Google LLC has one member, XXVI Holdings Inc., which is incorporated in Delaware and has its principal place of business in California. Thus, YouTube, LLC is a citizen of both California and Delaware.

**Peacock TV, LLC:** Appellee Peacock TV LLC is organized under the laws of Delaware. Its sole member is NBCUniversal Media, LLC, which, for the reasons explained below, is a citizen of Delaware and Pennsylvania for purposes of determining diversity jurisdiction. The sole member of NBCUniversal Media, LLC is NBCUniversal, LLC. In turn, NBCUniversal, LLC has seven members: (1) NBCUniversal Enterprise, Inc.; (2) Comcast DW Holding, Inc.; (3) SNL

Entertainment Holdings, Inc.; (4) Comcast Navy Acquisition, LLC; (5) Comcast Snap Holdings II, LLC; (6) Comcast CCW Holdings, LLC; and (7) Comcast Navy Contribution, LLC.  As explained below, based on the citizenship of these members, NBCUniversal, LLC is a citizen of Delaware and Pennsylvania. (1) NBCUniversal Enterprise, Inc., (2) Comcast DW Holding, Inc., and (3) SNL Entertainment Holdings, Inc. are each corporations organized under the laws of Delaware, and their principal places of business are in Pennsylvania.  These corporations are therefore citizens of Delaware and Pennsylvania. The sole owner and member of (4) Comcast Navy Acquisition, LLC is Comcast Corporation, which is organized under the laws of Pennsylvania and has its principal place of business in Pennsylvania.  Comcast Navy Acquisition, LLC is therefore a citizen of Pennsylvania. (5) Comcast Snap Holdings II, LLC has two members: Comcast Navy Acquisition, LLC and Comcast Snap Holdings, Inc.  As explained above, Comcast Navy Acquisition, LLC is a citizen of Pennsylvania.  Comcast Snap Holdings, Inc. is organized under the laws of Delaware and its principal place of business is in Pennsylvania, so it is a citizen of Delaware and Pennsylvania.  Therefore, Comcast Snap Holdings II, LLC is a citizen of Delaware and Pennsylvania. (6) Comcast CCW Holdings, LLC has two members:  Comcast Navy Acquisition, LLC and Comcast Snap Holdings, Inc.  As explained above, Comcast Navy Acquisition, LLC is a citizen of Pennsylvania.  As also explained above, Comcast Snap Holdings, Inc. is a citizen of Delaware and Pennsylvania.  Therefore, Comcast CCW Holdings, LLC is a citizen of Delaware and Pennsylvania. (7) Comcast Navy Contribution, LLC has six members: (A) Comcast SportsNet New England Holdings, LLC; (B) Comcast SportsNet Philadelphia Holdings, LLC; (C) E! Holdings, LLC (D) Versus Holdings, LLC; (E) Comcast CHC, LLC; and (F) Comcast Contribution Holdings, LLC.  As explained below, based on the citizenship of its members, Comcast Navy Contribution, LLC is a citizen of Delaware and Pennsylvania. (A)

Comcast SportsNet New England Holdings, LLC has two members: Comcast SportsNet NE Holdings, LLC and CSNNE Partner, LLC. The sole member of Comcast SportsNet NE Holdings, LLC and CSNNE Partner, LLC is Comcast Holdings Corporation, which is organized under the laws of Pennsylvania and has its principal place of business in Pennsylvania, so it is a citizen of Pennsylvania. Therefore, Comcast SportsNet New England Holdings, LLC is a citizen of Pennsylvania. (B) Comcast SportsNet Philadelphia Holdings, LLC has two members: Comcast Spectacor Holding Company, LLC and Comcast Holdings Corporation. The sole member of Comcast Spectacor Holding Company, LLC is Comcast Holdings Corporation. As explained above, Comcast Holdings Corporation is a citizen of Pennsylvania. Comcast SportsNet Philadelphia Holdings, LLC is therefore a citizen of Pennsylvania. (C) E! Holdings, LLC is organized under the laws of Delaware and its principal place of business is in Pennsylvania. The sole member of E! Holdings, LLC is Comcast Holdings Corporation. As explained above, Comcast Holdings Corporation is a citizen of Pennsylvania. E! Holdings, LLC is therefore a citizen of Delaware and Pennsylvania. (D) Versus Holdings, LLC has two members: Comcast Holdings Corporation and E! Holdings, LLC. As explained above, E! Holdings, LLC is a citizen of Delaware and Pennsylvania, and Comcast Holdings Corporation is a citizen of Pennsylvania. Therefore, Versus Holdings, LLC is a citizen of Delaware and Pennsylvania. The sole member of (E) Comcast CHC, LLC is Comcast Holdings Corporation. As explained above, Comcast Holdings Corporation is a citizen of Pennsylvania. Comcast CHC, LLC is therefore a citizen of Pennsylvania. The sole member of (F) Comcast Contribution Holdings, LLC is Comcast Corporation. As explained above, Comcast Corporation is a citizen of Pennsylvania. Comcast Contribution Holdings, LLC is therefore a citizen of Pennsylvania.

For the foregoing reasons, NBCUniversal Media, LLC is a citizen of Delaware and Pennsylvania for purposes of determining diversity jurisdiction.

**DIRECTV, LLC:** As of the time Plaintiff commenced this action, DIRECTV, LLC's sole member was DIRECTV Holdings LLC. DIRECTV Holdings LLC's sole member was the DIRECTV Group, Inc., a Delaware corporation with its principal place of business in California. Thus, DIRECTV, LLC, was a citizen of Delaware and California.

**DISH Network, LLC:** DISH Network LLC is comprised of one member, namely DISH DBS Corporation, whose citizenship is in Colorado.

**WarnerMedia Direct LLC:** As of the time Plaintiff commenced this action, WarnerMedia Direct, LLC's sole member was WM Max, LLC. WM Max, LLC, had five members: AT&T DataComm, LLC; Turner Broadcasting System, Inc., a Delaware corporation with its principal place of business in Georgia; WM Max Holdings, LLC; New Cingular Wireless PCS, LLC; and WM Interactive Media Holdings, Inc., a Delaware corporation with its principal place of business in New York. AT&T DataComm, LLC's sole member was AT&T DataComm Holdings, Inc., a Delaware corporation with its principal place of business in Texas. WM Max Holdings, LLC's sole member was AT&T Inc., a Delaware corporation with its principal place of business in Texas. New Cingular Wireless PCS, LLC's sole member was AT&T Mobility II LLC. AT&T Mobility II LLC had three members: AT&T Corp., a New York corporation with its principal place of business in New Jersey; AT&T Mobility LLC; and BellSouth Mobile Data, Inc., a Georgia corporation with its principal place of business in Georgia. AT&T Mobility LLC had four members: SBC Long Distance, LLC; BellSouth Mobile Data Inc., a Georgia corporation with its

principal place of business in Georgia; New Cingular Wireless Services, Inc., a Delaware corporation with its principal place of business in Georgia; and AT&T Investment and Tower Holdings, LLC. SBC Long Distance, LLC's sole member was SBC Telecom, Inc., a Delaware corporation with its principal place of business in Texas. AT&T Investment and Tower Holdings, LLC, had four members: AT&T Capital Services, Inc., a Delaware corporation with its principal place of business in Texas; SBC Portfolio Holdings, Ltd.; SBC Telecom, Inc., a Delaware corporation with its principal place of business in Texas; and JVI General Partnership. SBC Portfolio Holdings, Ltd. was wholly owned by AT&T International Holdings, LLC. AT&T International Holdings, LLC's sole member was AT&T Corp., a New York corporation with its principal place of business in New Jersey. JVI General Partnership was owned by AT&T Corp., a New York corporation with its principal place of business in New Jersey; and AT&T Solutions Inc., a Delaware corporation with its principal place of business in New Jersey. Thus, WarnerMedia Direct, LLC, was a citizen of Delaware, Georgia, New York, Texas, and New Jersey.

**B.     Statement of Jurisdiction for the United States Court of Appeals.**

The jurisdiction of the United States Court of Appeals for the Seventh Circuit is brought under 28 U.S.C. § 1291. This appeal is taken from the final decision of the U.S. District Court for the Southern District of Illinois entered on September 23, 2022 by the Honorable Magistrate Judge Mark A. Beatty granting Defendants' Motions to Dismiss for Failure to State a Claim and dismissing the Plaintiff's Amended Class Action Complaint.

All of the parties to this proceeding consented to having a the Magistrate Judge conduct any and all proceedings in this case, including trial and entry of final judgment, in accordance with the provisions of Title 28 U.S.C. Section 636(c). Plaintiff-Appellant filed its consent on July 15,

2021 as Doc. No. 27. The Defendants-Appellees also consented to the final judgment of the Magistrate Judge as follows: Netflix, Inc. consented on September 15, 2021 as Doc. No. 65, Disney Platform Distribution, Inc., consented on August 26, 2021 as Doc. No. 49, Apple Inc. consented on September 14, 2021 as Doc. No. 62, Hulu LLC consented on August 26, 2021 as Doc. No. 49, WarnerMedia Direct, LLC consented on October 19, 2021 as Doc. No. 121, Amazon.com Services, LLC consented on November 8, 2021 as Doc. No. 145, CBS Interactive Inc. consented on September 28, 2021 as Doc. No. 91, Youtube LLC, consented on September 13, 2021 as Doc. No. 60, CuriosityStream, Inc., consented on October 6, 2021 as Doc. No. 95, Peacock TV, LLC, consented on September 16, 2021 as Doc. No. 69, DirecTV, LLC, consented on August 27, 2021 as Doc No. 52 and DISH Network, LLC consented on August 27, 2021 as Doc. No. 52.

The appeal is from an order and final judgment that adjudicated all of the claims with respect to all parties, and no parties or issues remain in the District Court. Appellant did not file a motion for new trial or alteration of the judgment.

The notice of Appeal was filed on October 24, 2022.

Dated: March 8, 2023

                                                                Respectfully submitted,

                                                                */s/ Melissa K. Sims*
                                                                 Attorney for the Plaintiff-Appellant
                                                                 MILBERG COLEMAN BRYSON
                                                                PHILLIPS GROSSMAN, PLLC
                                                                 800 S. Gay Street, Suite 1100
                                                                 Knoxville, TN 37929
                                                                 (800) 530-9800
                                                                 msims@milberg.com