Pantelis Michalopoulos
202 429 6494
pmichalopoulos@steptoe.com

1330 Connecticut Avenue, NW
Washington, DC 20036-1795
202 429 3000 main
www.steptoe.com



August 16, 2023

Christopher G. Conway
Clerk of Court
United States Court of Appeals for the Seventh Circuit
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn Street
Room 2722
Chicago, IL 60604

Re:     *City of East St. Louis* v. *Netflix, Inc.*, No. 22-2905

Dear Mr. Conway:

      Pursuant to Rule 28(j), Appellee DISH Network L.L.C. ("DISH") submits this notice of a pertinent and significant authority that was adopted after the filing of DISH's brief. The Illinois legislature passed on May 19, 2023, and the Governor signed into law on July 28, 2023, House Bill 3808. *See* Pub. Act 103-0360 (**copy attached as Exhibit A**). H.B. 3808 clarifies what was always the case: the Illinois Cable and Video Competition Law of 2007, 220 ILCS 5/21-100 *et seq*. ("Illinois Act"), does not apply to the video content made available by Defendants-Appellees (the "Streaming Companies").[1] H.B. 3808 confirms that the Illinois Act's definition of "video service" excludes (1) "any video programming accessed via a service that enables users to access content, information, electronic mail, or other services offered over the Internet, including Internet streaming content," and (2) "direct-to-home satellite services defined in

---

[1] The legislature did not prepare the fiscal note required for bills that would increase or decrease local revenues, Illinois Fiscal Note Act, 25 ILCS 50/1, showing that the bill was a clarification. As the bill's author stated, the bill "makes no substantive changes to existing utilities law, only clarifying that streaming services will not be required to pay 'franchise fees' . . . ." Rep. Jamie Andrade, *Andrade Fighting to Stop New Streaming Fees*, Illinois House Democratic Caucus, https://ilhousedems.com/2023/03/08/andrade-fighting-to-stop-new-streaming-fees (Mar. 8, 2023).



Christopher G. Conway, Clerk
August 16, 2023
Page 2

subsection (v) of 47 U.S.C. 303." Pub. Act 103-0360, § 5 (Ex. A at 5-6).[2] H.B. 3808 further clarifies that "video service" is video programming that is "provided by a video service provider," not a third party. *Id.* (Ex. A at 5). H.B. 3808 pertains to pages 7-17 of DISH's answering brief, which discusses an alternative basis to affirm the dismissal of Appellant's statutory claims. DISH Br. 7-17. H.B. 3808 does not alter the statutory provisions underlying the District Court's holding that the City lacks a right of action to enforce the Illinois Act.

Respectfully submitted,

*/s/ Pantelis Michalopoulos*
Pantelis Michalopoulos
Matthew R. Friedman

*Counsel for Appellee DISH Network L.L.C.*

---

[2] The Amended Complaint admits that the Streaming Companies' video content satisfies the definition of "Internet streaming content." *See* App. 33 (Dkt. 167 ¶¶ 5-17) (admitting that each defendant offers online streaming).

**CERTIFICATE OF COMPLIANCE WITH WORD LIMIT**

      The foregoing complies with Fed. R. App. P. 28(j) because the body of this Letter does not exceed 350 words.

Dated: August 16, 2023

                                              */s/ Matthew R. Friedman*
                                              Matthew R. Friedman
                                              STEPTOE & JOHNSON LLP
                                              1330 Connecticut Avenue, N.W.
                                              Washington, DC 20036
                                              (202) 429-3000
                                              mfriedman@steptoe.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 16, 2023, I electronically filed this **RULE 28(J) LETTER** with the Clerk of Court using the CM/ECF System. Counsel for all parties are registered CM/ECF users and will be served with the foregoing document by the Court's CM/ECF System.

      */s/ Matthew R. Friedman*
      Matthew R. Friedman
      STEPTOE & JOHNSON LLP
      1330 Connecticut Avenue, N.W.
      Washington, DC 20036
      (202) 429-3000