# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

September 12, 2023

*Before*

FRANK H. EASTERBROOK, *Circuit Judge*
DAVID F. HAMILTON, *Circuit Judge*
DORIS L. PRYOR, *Circuit Judge*

| No. 22-2905 | CITY OF EAST ST. LOUIS,<br>    Plaintiff - Appellant<br><br>v.<br><br>NETFLIX, INC., et al.,<br>    Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:21-cv-00561-MAB<br>Southern District of Illinois<br>Magistrate Judge Mark A. Beatty ||

The court directs all parties to file supplemental memoranda addressing subject-matter jurisdiction. The memoranda should discuss both (1) how 28 U.S.C. §1332(d)(10) affects the operation of §1332(d)(4) under the circumstances of this case, and (2) the principal place of business of AT&T Capital Services, Inc., which is among the owners of defendant WarnerMedia Direct LLC. The memoranda are due no later than September 26, 2023.

form name: **c7_Order_3J**    (form ID: **177**)