# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| CITY OF EAST ST. LOUIS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff/Appellant,<br><br>v.<br><br>NETFLIX, INC. *et al.*,<br><br>    Defendants/Appellees. | No. 22-2905 |

## DECLARATION OF TARA L. SMITH

In accordance with 28 U.S.C. § 1746, I, Tara L. Smith, declare as follows:

1. I am over the age of 18 and am competent to testify. The facts contained in this declaration are based on my personal knowledge and my review of relevant business records.

2. I am employed by Warner Bros. Discovery, Inc., as Executive Vice President, Legal, Capital Markets and Corporate Secretary. In my position as Executive Vice President, Legal, Capital Markets and Corporate Secretary, I am familiar with the corporate organizational information for Warner Bros. Discovery, Inc., and its predecessors, subsidiaries, and affiliates, including WarnerMedia Direct, LLC.

3. As of June 2021, and at present, WarnerMedia Direct, LLC, was organized under the laws of the state of Delaware.

4. As of June 2021, and at present, the principal place of business of WarnerMedia Direct, LLC, was in New York.

I declare under penalty of perjury that the forgoing is true and correct.

Executed this 26th day of September, 2023.

*[signature]*

Tara L. Smith