No. 22-2905

**IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT**

---

CITY OF EAST ST. LOUIS, Individually and
on behalf of all others similarly situated,

Plaintiff/Appellant,

v.

NETFLIX, INC.; DISNEY PLATFORM DISTRIBUTION, INC.;
APPLE INC.; HULU, LLC; WARNERMEDIA DIRECT, LLC; AMAZON.COM
SERVICES LLC; CBS INTERACTIVE INC.; YOUTUBE LLC;
CURIOSITYSTREAM, INC.; PEACOCK TV, LLC;
DIRECTV, LLC; and DISH NETWORK L.L.C.,

Defendants/Appellees.

---

**Appeal from the United States District Court
for the Southern District of Illinois**

---

**APPELLEES' AMENDED JURISDICTIONAL STATEMENT**

---

In accordance with Circuit Rule 28(b), this Court's September 12 Order (ECF No. 82), and Appellees' September 26 Memorandum, Appellees submit the following Amended Jurisdictional Statement. This Amended Statement replaces the Jurisdictional Statements originally included in the Joint Appellees' Brief (ECF No. 64) and the Brief of Appellee DISH Network (ECF No. 65).

A.  **Statement of Jurisdiction of the United States District Court**

The District Court had jurisdiction under the Class Action Fairness Act of 2005 because Plaintiff City of East St. Louis purports to assert this action on behalf

of at least 100 putative class members, the aggregate amount in controversy exceeds $5,000,000, and there is diversity between the parties. 28 U.S.C. § 1332(d)(2), (5)(B), (6), (10).

Plaintiff's Class Action Complaint alleges that "the putative class size is greater than 100" and that "the aggregate amount in controversy for the proposed Class exceeds $5,000,000.00, exclusive of interest and costs." Dkt. 1 ¶ 17.[1] The Complaint defines the proposed Class as "[a]ll Illinois cities, villages, incorporated towns, and counties in which one or more of the Defendants has provided video service," *id.* ¶ 59, and it estimates the Class size to exceed "1,298 municipalities and 102 counties," *id.* ¶ 63.

There is also diversity between the parties. Appellees agree that Plaintiff City of East St. Louis is an Illinois municipality and therefore a citizen of Illinois. Appellant's Am. Jurisdictional Statement 2 (ECF No. 54). Meanwhile, none of the Defendants is a citizen of Illinois for purposes of the Class Action Fairness Act. *See* 28 U.S.C. § 1332(c)(1) (defining corporate citizenship by reference to the corporation's state of incorporation and principal place of business); *id.* § 1332(d)(10) (deeming an unincorporated association "a citizen of the State where it has its principal place of business and the State under whose laws it is organized"

---

[1] All "Dkt." citations refer to docket entries in the District Court. The Amended Class Action Complaint (included in the Short Appendix as part of the City's opening brief) contains the same jurisdictional allegations as the initial Complaint, while correcting the names of some parties. *See* App. 33 (Dkt. 167 ¶¶ 4–19, 70–74).

for purposes of § 1332(d)). Appellees set forth the states of formation and principal places of business for each Defendant as follows:

**Netflix, Inc.** At the time of filing, and at present, Netflix, Inc., was and is a corporation formed under the laws of the State of Delaware with its principal place of business located in California.

**Disney DTC LLC.** The misnamed but original defendant at the time the original complaint was filed was and is a limited liability company formed under the laws of the State of Delaware with its principal place of business in California.

**Disney Platform Distribution, Inc.** The defendant correctly named in the operative Amended Class Action Complaint was and is a corporation incorporated under the laws of the State of Delaware with its principal place of business in California.

**Apple Inc.** At the time of filing, and at present, Apple Inc. was and is a corporation formed under the laws of the State of California with its principal place of business in California.

**Hulu, LLC.** At the time of filing, and at present, Hulu, LLC, was and is a limited liability company formed under the laws of the State of Delaware with its principal place of business in California.

**WarnerMedia Direct, LLC.** At the time of filing, and at present, WarnerMedia Direct, LLC, was and is a limited liability company formed under the laws of the State of Delaware with its principal place of business in New York.

**Amazon.com Services LLC.** At the time of filing, and at present, Amazon.com Services LLC was and is a limited liability company formed under the laws of the State of Delaware with its principal place of business in Washington.

**CBS Interactive Inc.** At the time of filing, and at present, CBS Interactive Inc. was and is a corporation formed under the laws of the State of Delaware with its principal place of business in California.

**YouTube LLC.** At the time of filing, and at present, YouTube LLC was and is a limited liability company formed under the laws of the State of Delaware with its principal place of business in California.

**CuriosityStream, Inc.** At the time of filing, and at present, CuriosityStream, Inc., was and is a corporation formed under the laws of the State of Delaware with its principal place of business in Maryland.

**Peacock TV, LLC.** At the time of filing, and at present, Peacock TV, LLC, was and is a limited liability company formed under the laws of the State of Delaware with its principal place of business in New York.

**DIRECTV, LLC.** At the time of filing, and at present, DIRECTV, LLC, was and is a limited liability company formed under the laws of the State of California with its principal place of business in California.

**DISH Network L.L.C.** At the time of filing, and at present, DISH Network L.L.C. was and is a limited liability company formed under the laws of the State of Colorado with its principal place of business in Colorado.

Because no Defendant is an Illinois citizen under the Class Action Fairness Act, there is no basis for the District Court to "decline to exercise jurisdiction" under 28 U.S.C. § 1332(d)(4).

**B.    Statement of Jurisdiction of the United States Court of Appeals**

Appellees state that the statement of appellate jurisdiction provided in the Amended Jurisdictional Statement filed by Plaintiff City of East St. Louis (ECF No. 54) is complete and correct.

Respectfully submitted on September 26, 2023.

| | |
|---|---|
| John P. Jett<br>Ava J. Conger<br>K. Bradford Sears<br>KILPATRICK TOWNSEND<br>   & STOCKTON LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, Georgia 30309<br>Telephone: (404) 815-6500<br>Facsimile: (404) 815-6555 | */s/ Adam H. Charnes*<br>Adam H. Charnes<br>KILPATRICK TOWNSEND<br>   & STOCKTON LLP<br>2001 Ross Avenue, Suite 4400<br>Dallas, Texas 75201<br>Telephone: (214) 922-7106<br>Facsimile: (214) 481-0517<br>acharnes@kilpatricktownsend.com |

*Counsel for DIRECTV, LLC and WarnerMedia Direct, LLC*

| | |
|---|---|
| Mary Rose Alexander<br>Robert C. Collins III<br>LATHAM & WATKINS LLP<br>333 North Wabash Avenue<br>Suite 2800<br>Chicago, IL 60611<br>Telephone: (312) 876-7700<br>Facsimile: (312) 993-9767<br>Mary.Rose.Alexander@lw.com<br>Robert.Collins@lw.com | */s/ Gregory G. Garre*<br>Gregory G. Garre<br>Jean A. Pawlow<br>Peter E. Davis<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW<br>Suite 1000<br>Washington, DC 20004<br>Telephone: (202) 637-2200<br>Facsimile: (202) 637-2201<br>Gregory.Garre@lw.com<br>Jean.Pawlow@lw.com<br>Peter.Davis@lw.com |

*Counsel for Netflix, Inc.*

/s/ Helgi C. Walker
Helgi C. Walker
Jessica L. Wagner
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: (202) 887-3599
Facsimile: (202) 530-9595
hwalker@gibsondunn.com

*Counsel for Amazon.com Services LLC*

/s/ David P. Murray
David P. Murray
Matthew W. Johnson
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, DC 20006
Telephone:  (202) 303-1112
Facsimile: (202) 303-2112
dmurray@willkie.com

*Counsel for Peacock TV, LLC*

| | |
|---|---|
| | /s/ Neema T. Sahni |
| Jordan S. Joachim | Neema T. Sahni |
| COVINGTON & BURLING LLP | COVINGTON & BURLING LLP |
| The New York Times Building | 1999 Avenue of the Stars |
| 620 Eighth Avenue | Suite 3500 |
| New York, NY 10018-1405 | Los Angeles, CA 90067-4643 |
| Telephone: (212) 841-1000 | Telephone: (424) 332-4800 |
| Facsimile: (212) 841-1010 | Facsimile: (424) 332-4749 |
| jjoachim@cov.com | nsahni@cov.com |

*Counsel for CBS Interactive Inc.*

| | |
|---|---|
| | /s/ Sunita Bali |
| Marc S. Martin | Sunita Bali |
| PERKINS COIE LLP | Elliott J. Joh |
| 700 13th Street, NW, Suite 800 | PERKINS COIE LLP |
| Washington, D.C. 20005 | 505 Howard Street |
| Telephone: (202) 654-6200 | Suite 1000 |

Facsimile: (202) 654-6211
mmartin@perkinscoie.com

Kathleen Stetsko
PERKINS COIE LLP
110 North Wacker Drive,
34th Floor
Chicago, IL 60606
Telephone: (312) 324-8400
Facsimile: (312) 324-9400
kstetsko@perkinscoie.com

San Francisco, CA 94105
Telephone: (415) 344-7000
Facsimile: (415) 344-7050
sbali@perksinscoie.com
ejoh@perkinscoie.com

*Counsel for YouTube LLC*

*/s/ Adam Bowser*
Adam Bowser
Morgan R. Pankow
ArentFox Schiff LLP
1717 K Street, NW
Washington, DC 20006-5344
Telephone: (202) 857-6000
Facsimile: (202) 857-6395
adam.bowser@afslaw.com
morgan.pankow@afslaw.com

*Counsel for CuriosityStream, Inc.*

*/s/ Jennifer Aronoff*
Daniel Campbell
Jennifer Aronoff
MCDERMOTT WILL & EMERY LLP
444 West Lake Street, Suite 4000
Chicago, IL 60606
Telephone: (312) 372-2000
Facsimile: (312) 984-7700
dcampbell@mwe.com
jaronoff@mwe.com

*Counsel for Apple Inc.*

|  |  |
|---|---|
| Darci F. Madden<br>BRYAN CAVE LEIGHTON PAISNER LLP<br>211 North Broadway, Suite 3600<br>St. Louis, MO 63102<br>Telephone: (314) 259-2000<br>Facsimile: (314) 259-2020<br>dfmadden@bclplaw.com | */s/ Victor Jih*<br>Victor Jih<br>Conor Tucker<br>Kelly H. Yin<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>633 West Fifth Street, Suite 1550<br>Los Angeles, CA 90071-1650<br>Telephone: (323) 210-2900<br>Facsimile: (866) 974-7329<br>vjih@wsgr.com<br>ctucker@wsgr.com<br>kyin@wsgr.com |

*Counsel for Hulu, LLC and Disney Platform Distribution, Inc.*

|  |  |
|---|---|
| Jared R. Butcher<br>BERLINER CORCORAN & ROWE LLP<br>1101 17th St. NW, Suite 1100<br>Washington, DC 20006<br>Telephone: (202) 293-5555<br>jbutcher@bcr-dc.com | */s/ Pantelis Michalopoulos*<br>Pantelis Michalopoulos<br>Matthew R. Friedman<br>STEPTOE & JOHNSON LLP<br>1330 Connecticut Ave. NW<br>Washington, DC 20036<br>Telephone: (202) 429-3000<br>Facsimile: (202) 429-3902<br>pmichalopoulos@steptoe.com<br>mfriedman@steptoe.com |

*Counsel for DISH NETWORK L.L.C*

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2023, I electronically filed Appellees' Amended Jurisdictional Statement with the Clerk of Court using the CM/ECF System. Counsel for all parties are registered CM/ECF users and will be served with the foregoing document by the Court's CM/ECF System.

*/s/ Adam H. Charnes*
Adam H. Charnes
KILPATRICK TOWNSEND
 & STOCKTON LLP
2001 Ross Avenue, Suite 4400
Dallas, Texas 75201
Telephone: (214) 922-7106
Facsimile: (214) 481-0517
acharnes@kilpatricktownsend.com
